FRANK T. HAWLEY, as Grand Master of the SWITCHMEN's UNION OF NORTH AMERICA, Respondent, *v.* THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

*Hawley* v. *U. S. Fidelity & Guaranty Co.*, 100 App. Div. 12, affirmed. (Argued February 8, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 21, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*George P. Keating* for appellant.

*Henry W. Killeen* and *V. H. Riordan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J. GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.